**MCGEE, J.**

v.

**ST. LUKE'S HEALTH NETWORK**

**425 EDA 2016**

Superior Court of Pennsylvania.

03/07/2017

2012–C–5192
(Lehigh)

Affirmed

**HOWARD, T.**

v.

**HOWARD, C.**

**633 EDA 2016**

Superior Court of Pennsylvania.

03/07/2017

DR No. 167213
(Northampton)

Affirmed

**SCHOLL, G.**

v.

**SCHOLL, M.**

**923 EDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CID: 613115096

No. DR–6915
(Northampton)

Vacated/Remanded

**COM.**

v.

**ALGARIN, F.**

**2212 EDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–51–CR–0928871–1993
(Philadelphia)

Affirmed